UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEAN JEFFERSON JEUNE,

    Plaintiff,

v.                              Case No.  6:14-cv-1073-Orl-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

This case comes before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. 25).  The parties consented to referral of this case to the magistrate judge and on October 3, 2014, the district judge entered an Order referring the case to the magistrate to conduct all proceedings and order the entry of final judgment (Doc. 22). Now, after due consideration, Plaintiff's motion is GRANTED and this case is DISMISSED WITH PREJUDICE.  The clerk shall enter judgment for Defendant, terminate all pending motions, and close the file.

DONE AND ORDERED in Orlando, Florida, on February 2, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel